# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
Edward Mireles )
)

CASE NUMBER _08mj8377_

ABSTRACT OF ORDER

Booking No. _06267298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _5-15-08_

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____✓_____ Defendant released on $ _10,000 p/s_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

### PETER C. LEWIS
#### UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

Received_____
DUSM

by _E. Flores_ Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-763-398/40151

**CLERKS' COPY**